**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 21−50562 − WJF
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven Andrew Rose | Chelsie Jo Dewey |
| 7908 South Agency Estates Dr NW<br>Walker, MN 56484 | 7908 South Agency Estates Dr NW<br>Walker, MN 56484 |
| Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−9283 | Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−8457 |

**NOTICE TO FILE CLAIMS**

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 8/1/22 , or, for governmental units, within 180 days from the date of the Order for Relief or 8/1/22 , whichever is later. Proofs of claim can be filed electronically on the court's website:  www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 4/29/22

Tricia Pepin
Clerk, U.S. Bankruptcy Court
404 Gerald W. Heaney Federal Building
and U.S. Courthouse and Customhouse
515 West First Street
Duluth, MN 55802

BY: admin
Deputy Clerk

mnbflclm 10/14

United States Bankruptcy Court

District of Minnesota

In re:     Case No. 21-50562-WJF

Steven Andrew Rose     Chapter 7

Chelsie Jo Dewey

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0864-5     User: admin     Page 1 of 2

Date Rcvd: Apr 29, 2022     Form ID: mnbflclm     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Andrew Rose, Chelsie Jo Dewey, 7908 South Agency Estates Dr NW, Walker, MN 56484-2603 |
| 62758176 | + | AZUMA Leasing, 2905 San Gabriel, Suite 218, Austin TX 78705-3541 |
| 62758177 | | BELLCO CREDIT UNION, 115 WELD COTY RD, Brighton CO 80603 |
| 62797580 | + | Bellco Credit Union, Processing Center, PO BOX 2062, Glen Burnie, MD 21060-2062 |
| 62758180 | + | Danielle Freutche, 7908 S. Agency Estates Dr NW, Walker MN 56484-2603 |
| 62758181 | + | DeAnna Lynn Dewey, 7908 S Agency Estates Dr NW, Walker MN 56484-2603 |
| 62758182 | + | FirstBank of Colorado, Attn: Bankruptcy, Po Box 150097, Lakewood CO 80215-0097 |
| 62758183 | + | Francy Law Firm, 1800 Glenharm Pl, #402, Denver CO 80202-3826 |
| 62758186 | | LVNV FUNDING LLC, Universal Fidelity LP, PO Box 941911, Brighton CO 80603 |
| 62758189 | + | Premier Members Credit, 5505 Arapahoe Ave, Boulder CO 80303-1261 |
| 62799730 | + | Universal Fidelity LP, PO BOX 5444, Katy, TX 77491-5444 |
| 62758193 | + | Watton Law Group, 301 W Wisconsin AVE FL 5th, Milwaukee WI 53203-2230 |
| 62758192 | + | Watton Law Group, 1660 LINCOLN ST STE 2505, Denver CO 80264-2501 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 62782501 | | Email/Text: BANKRUPTCY@BELLCO.ORG | Apr 29 2022 20:55:00 | BELLCO CREDIT UNION, 7600 E Orchard Rd., Greenwood Villlage CO 80111-0000 |
| 62766574 | | Email/Text: BANKRUPTCY@BELLCO.ORG | Apr 29 2022 20:55:00 | Bellco Credit Union, 7600 E Orchard Rd., Greenwood Village, CO 80111 |
| 62758178 | + | EDI: WFNNB.COM | Apr 30 2022 00:58:00 | Comenity/zlotlt, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 62758179 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2022 21:07:01 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 62758184 | | EDI: IRS.COM | Apr 30 2022 00:58:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 62758185 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 29 2022 20:55:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 62766565 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 21:07:15 | LVNV Funding, 200 meeting st., Suite 206, Greebville, SC 29615-5833 |
| 62758187 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2022 20:55:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego CA 92108-3007 |
| 62758188 | | EDI: PRA.COM | Apr 30 2022 00:58:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 62758190 | + | EDI: VERIZONCOMB.COM | Apr 30 2022 00:58:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs MO 63304-2225 |
| 62758191 | + | Email/Text: bankruptcyreports@wakeassoc.com | | |

Case 21-50562   Doc 22   Filed 05/01/22   Entered 05/01/22 23:24:05   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0864-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: mnbflclm | Total Noticed: 25 |

| 62758194 | + EDI: WFFC.COM | Apr 29 2022 20:55:00 | Wakefield & Associates INC, 830 Platte Ave, Suite A, Fort Morgan CO 80701-3601 |
|---|---|---|---|
| | | Apr 30 2022 00:58:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines IA 50328-0001 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2022                                  Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Erik Ahlgren | on behalf of Trustee Erik Ahlgren trustee@prtel.com  MN23@ecfcbis.com,erik@ahlgrenlawoffice.net |
| Erik Ahlgren | trustee@prtel.com  MN23@ecfcbis.com,erik@ahlgrenlawoffice.net |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Wesley W. Scott | on behalf of Debtor 2 Chelsie Jo Dewey samantha@lifebacklaw.com  ScottWR72722@notify.bestcase.com |
| Wesley W. Scott | on behalf of Debtor 1 Steven Andrew Rose samantha@lifebacklaw.com  ScottWR72722@notify.bestcase.com |

TOTAL: 5